UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| ALFRED OXLEY | * | CIVIL ACTION |
| VERSUS | * | NO. 07-843-FJP |
| | * | MAG. Scr |
| STEVENS TRANSPORT, INC., ET AL | | |

\* \* \* \* \* \* \* \* \* \* \* \*

FILED:_____                          _____
                                                                                    **DEPUTY CLERK**

### MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Alfred Oxley, and defendants, Stevens Transport, Inc. and Tron O. Campbell, who, upon suggesting to the Court that the captioned matter has been amicably settled and compromised as to all parties, move for an order dismissing the main action and all incidental demands, with prejudice, all parties to bear their own costs; and

IT IS ORDERED that the captioned matter and all incidental demands filed therein are hereby dismissed as to all parties, with prejudice.

Baton Rouge, Louisiana this 17th day of March, 2008.

_____
JUDGE

